**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 0 4 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

           Plaintiffs,

-against-

LLJ THERAPEUTIC SERVICES, P.T. P.C., et al.,

           Defendants.
-------------------------------------------------------------X

Docket No.:
1:15-4818(KAM)(VMS)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. and the undersigned counsel for Defendants Gregory Mikhalov a/k/a Gregory Mikhailov, Leah May Rufino, LLJ Therapeutic Services, P.T. P.C., Almira Sigrid Galdo, Dunamis Rehab PT P.C., Clarisa J. Contreras-Cancio, Synoptic Physical Therapy P.C., Dana Hontiveros, Rehab Choice Corp., Lily Zarhin, M.D., and ROM Medical P.C. (collectively, the "Defendants"), that all claims asserted by Plaintiffs against the Defendants in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Nothing in this stipulation shall supersede or supplant the So-Ordered Stipulation of Partial Settlement entered by the Court on December 22, 2015 (Docket No. 52). Plaintiffs and Defendants shall bear their own costs and attorneys' fees associated with the prosecution and/or defense of this action.

Dated: January 3, 2017

| | |
|---|---|
| RIVKIN RADLER LLP<br><br>By: _____<br>Barry I. Levy, Esq.<br>Joshua D. Smith, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br>(516) 357-3000<br><br>*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.* | ABRAMS FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA & WOLF, LLP<br><br>By: _____<br>Mark L. Furman<br>630 Third Avenue, 5th Floor<br>New York, New York 10017<br>(212) 279-9200<br><br>*Counsel for Defendants Gregory Mikhalov a/k/a Gregory Mikhailov, Leah May Rufino, LLJ Therapeutic Services, P.T. P.C., Almira Sigrid Galdo, Dunamis Rehab PT P.C., Clarisa J. Contreras-Cancio, Synoptic Physical Therapy P.C., Dana Hontiveros, Rehab Choice Corp., Lily Zarhin, M.D. and ROM Medical P.C.* |

1/4/2017

So Ordered: ___s/KAM___
Kiyo A. Matsumoto
U.S. District Judge